# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**JABAR R. SMITH,**

    **Defendant.**

**JUDGMENT**
**on a Motion pursuant to**
**28 U.S.C. § 2255**

**Case No.:05-cr-22-jcs**
**08-cv-440-bbc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

JOEL W. TURNER

Joel W. Turner, Acting Clerk

/s/ S. Vogel      8/6/08

by Deputy Clerk      Date