# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **JUDGMENT** |
| | **on a Motion pursuant to** |
| Plaintiff, | **28 U.S.C. § 2255** |
| v. | Case No.:05-cr-22-jcs |
| | 08-cv-440-bbc |
| **JABAR R. SMITH,** | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

JOEL W. TURNER
_____
Joel W. Turner, Acting Clerk

/s/ S. Vogel                                                                                                8/6/08
_____                    _____
by Deputy Clerk                                                                                       Date